# EXHIBIT 1

| COUNTERSIGNATURE DATE | RENEWAL OR REPLACEMENT NO. |
|---|---|
| | |

## GENERAL—AUTOMOBILE LIABILITY POLICY

Part Two. This Declarations page and Coverage Part(s) with "Policy Provisions–Part One" completes the below numbered

**DECLARATIONS** — POLICY NUMBER **GA 81118**

1. **Named Insured**
   ADDRESS: (Number & Street, Town, County, State & Zip No.)
   MARKEN ENTERPRISES, INC. ET AL
   1111 3RD AVENUE, SUITE 1620
   SEATTLE, WA 98101

2. Policy Period: 12:01 A.M. STANDARD TIME AT THE ADDRESS OF THE NAMED INSURED AS STATED HEREIN. From: 4-1-82  To: 10-1-82

   REPRESENTATIVE:
   Agent or Broker / Office Address / Town and State
   PACIFIC GENERAL AGENCY, INC.
   1215 4TH AVENUE, SUITE 2320 FINANCIAL CENTER
   SEATTLE, WA 98161

"This contract is registered and delivered as a surplus line coverage under the Insurance Code of the State of Washington, enacted in 1947. It is not issued by a company regulated by the Washington State Insurance Commissioner and is not protected by any Washington State guaranty fund law."

### UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

3. The insurance afforded is only with respect to such of the following Parts designated by an "X" in ☒ and Coverages therein as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Coverage | | LIMITS OF LIABILITY | | ADVANCE PREMIUM |
|---|---|---|---|---|
| Comprehensive General Liability Insurance | ☒ | | | |
| Owners', Landlords' and Tenants' Liability Insurance | ☐ | | | |
| Manufacturers' and Contractors' Liability Insurance | ☐ | | | |
| Contractual Liability Insurance | ☐ | EACH OCCURRENCE | AGGREGATE | |
| Completed Operations and Products Liability Insurance | ☒ | | | |
| Bodily Injury Liability | | $ 500,000 | $ 500,000 | $ 2,000 |
| Property Damage Liability | | $ INCL | $ INCL | |
| | | EACH PERSON | EACH ACCIDENT | |
| Premises Medical Payments Insurance | ☐ | $ | $ | $ |
| Comprehensive Personal Insurance | ☐ | EACH PERSON | EACH OCCURRENCE | EACH ACCIDENT |
| Farmer's Comprehensive Personal Insurance | ☐ | | | |
| Personal Liability | | XXXXXX | $ XXXXXX | $ XXXXX |
| Personal Medical Payments | | $ | | $ |
| Physical Damage to Property | | XXXXXX | $ | $ XXXXX |
| (Applicable to Farmer's Comprehensive Personal Insurance only) Animal Collision | | Market value not exceeding $400 each animal | | $ |
| Comprehensive Automobile Liability Insurance | ☐ | EACH PERSON | EACH OCCURRENCE | |
| Bodily Injury Liability | | $ | $ | $ |
| Property Damage Liability | | XXXXXX | $ | $ |
| | | EACH PERSON | EACH ACCIDENT | |
| Automobile Medical Payments Insurance | ☐ | $ | XXXXX | $ |
| Uninsured Motorists Insurance | ☐ | $ | $ | $ |
| Garage Insurance | ☐ | See Coverage Part for Limits of Liability | | $ |
| Automobile Physical Damage Insurance (Non-Fleet) | ☐ | See Coverage Part for Limits of Liability | | $ |
| Automobile Physical Damage Insurance (Fleet Automatic) | ☐ | State Tax 2.25% | | $ 45. |
| Endorsements and Additional Coverage Parts # (IDENTIFY BY FORM NUMBERS) L9259A, L9001, ENDTS 1 THRU 6 | | Filing Fee .25 | | $ 5. |
| | | | Total Advance Premium | $ 2,050. |

† If Policy Period more than one year and the premium is to be paid in installments, premium is payable: On effective date of policy $ ____  1st Anniversary $ ____  2nd Anniversary $ MINIMUM & DEPOSIT

Audit Period: Annual, unless otherwise stated.**

4. The named insured is: individual ___ ; partnership ___ ; corporation ___ ;
   joint venture ___ ; other ___

5. During the past three years no insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein:**
   **ABSENCE OF AN ENTRY MEANS "NO EXCEPTION".

† Not applicable in Texas

Countersigned by _____ Authorized Representative

Form No. L4050D Ed. 10-1-66 Rev. 1-1-73

PSF 000297

17
EXHIBIT 1

# ENDORSEMENT

| DATE OF ISSUE | 6/28/83 | | END. NO. | 8 |

[X] ADDITIONAL PREMIUM $ 5,656.00
[ ] RETURN PREMIUM $
[ ] NIL
TOTAL ------ $ 5,656.00
$ + 127.26 STATE TAX
+ 14.14 EXAM. FEE
5,797.40 TOTAL DUE

IT IS UNDERSTOOD AND AGREED THAT:

[ ] 1. PREMIUM          [ ] 7. COVERAGE          [ ] 13. COVERAGE IS CANCELLED
[ ] 2. DEPOSIT PREMIUM  [ ] 8. INCEPTION DATE    [ ] SHORT RATE
[ ] 3. MINIMUM PREMIUM  [ ] 9. EXPIRATION DATE   [ ] PRO RATE
[ ] 4. RATE             [ ] 10. TERM             [ ] 14. ADDITIONAL INSURED
[ ] 5. INSTALLMENT      [ ] 11. NAME OF INSURED       BUT ONLY AS RESPECTS
[X] 6. AUDIT            [ ] 12. ADDRESS OF INSURED    OPERATIONS OF THE
                                                     NAMED INSURED.
[X] IS CHARGED FOR THE PERIOD:  [ ] IS AMENDED TO READ:  [ ] IS AMENDED TO INCLUDE:

APRIL 1, 1982 TO OCTOBER 1, 1982 HAS BEEN CALCULATED AS FOLLOWS:

PREMIUM BASIS:              $2,041,557.00 OF RECEIPTS

RATE:                       $3.75 PER $1,000.

EARNED PREMIUM:             $7,655.85

POLICY MINIMUM AND DEPOSIT  $2,000.00

ADDITIONAL PREMIUM:         $5,656.00

PSF 000298

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 10/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA
Transco Insurance Services
UNDERWRITING MANAGERS

PRODUCER

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

TRE 010 (1/70)          ORIGINAL

## I. COVERAGE A—BODILY INJURY LIABILITY
## COVERAGE B—PROPERTY DAMAGE LIABILITY

The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of—

**A. bodily injury or**
**B. property damage**

to which this insurance applies, caused by an **occurrence**, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions:**

This insurance does not apply:

(a) to liability assumed by the **insured** under any contract or agreement except an **incidental contract**; but this exclusion does not apply to a warranty of fitness or quality of the **named insured's products** or a warranty that work performed by or on behalf of the **named insured** will be done in a workmanlike manner;

(b) to **bodily injury or property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of
  (1) any **automobile or aircraft** owned or operated by or rented or loaned to any **insured**, or
  (2) any other **automobile or aircraft** operated by any person in the course of his employment by any **insured**;
  but this exclusion does not apply to the parking of an **automobile** on premises owned by, rented to or controlled by the **named insured** or the ways immediately adjoining, if such **automobile** is not owned by or rented or loaned to any **insured**;

(c) to **bodily injury or property damage** arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any **mobile equipment** while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to **bodily injury or property damage** arising out of and in the course of the transportation of **mobile equipment** by an **automobile** owned or operated by or rented or loaned to any **insured**;

(e) to **bodily injury or property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of
  (1) any watercraft owned or operated by or rented or loaned to any **insured**, or
  (2) any other watercraft operated by any person in the course of his employment by any **insured**;
  but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the **named insured**;

(f) to **bodily injury or property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to **bodily injury or property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to
  (1) liability assumed by the **insured** under an **incidental contract**, or
  (2) expenses for first aid under the Supplementary Payments provision;

(h) to **bodily injury or property damage** for which the **insured** or his indemnitee may be held liable
  (1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
  (2) if not so engaged, as an owner or lessor of premises used for such purposes,
  if such liability is imposed
  (i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or
  (ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
  but part (ii) of this exclusion does not apply with respect to liability of the **insured** or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured** or to any obligation of the **insured** to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the **insured** under an **incidental contract**;

(k) to **property damage** to
  (1) property owned or occupied by or rented to the **insured**,
  (2) property used by the **insured**, or
  (3) property in the care, custody or control of the **insured** or as to which the **insured** is for any purpose exercising physical control;
  but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to **property damage** (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the **named insured**;

(l) to **property damage** to premises alienated by the **named insured** arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from
  (1) a delay in or lack of performance by or on behalf of the **named insured** of any contract or agreement, or
  (2) the failure of the **named insured's products** or work performed by or on behalf of the **named insured** to meet the level of performance, quality, fitness or durability warranted or represented by the **named insured**;
  but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the **named insured's products** or work performed by or on behalf of the **named insured** after such products or work have been put to use by any person or organization other than an **insured**;

(n) to **property damage** to the **named insured's products** arising out of such products or any part of such products;

(o) to **property damage** to work performed by or on behalf of the **named insured** arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the **named insured's products** or work completed by or for the **named insured** or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to **property damage** included within:
  (1) the **explosion hazard** in connection with operations identified in this policy by a classification code number which includes the symbol "x",
  (2) the **collapse hazard** in connection with operations identified in this policy by a classification code number which includes the symbol "c",
  (3) the **underground property damage hazard** in connection with operations identified in this policy by a classification code number which includes the symbol "u".

## II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the **named insured** is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the **named insured** with respect to the conduct of such a business;

(b) if the **named insured** is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the **named insured** is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the **named insured**) or organization while acting as real estate manager for the **named insured**; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of **mobile equipment** registered under any motor vehicle registration law,
  (i) an employee of the **named insured** while operating any such equipment in the course of his employment, and
  (ii) any other person while operating with the permission of the **named insured** any such equipment registered in the name of the **named insured** and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;
  provided that no person or organization shall be an **insured** under this paragraph (e) with respect to:
  (1) **bodily injury** to any fellow employee of such person injured in the course of his employment, or
  (2) **property damage** to property owned by, rented to, in charge of or occupied by the **named insured** or the employer of any person described in subparagraph (ii).

This insurance does not apply to **bodily injury or property damage** arising out of the conduct of any partnership or joint venture of which the **insured** is a partner or member and which is not designated in this policy as a **named insured**.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury or property damage**, or (3) claims made or suits brought on account of **bodily injury or property damage**, the company's liability is limited as follows:

**Coverage A**—The total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by one or more persons as the result of any one **occurrence** shall not exceed the limit of bodily injury liability stated in the declarations as applicable to "each **occurrence**".
Subject to the above provision respecting "each **occurrence**", the total liability of the company for all damages because of (1) all **bodily injury** included within the **completed operations hazard** and (2) all **bodily injury** included within the **products hazard** shall not exceed the limit of bodily injury liability stated in the declarations as "aggregate".

**Coverage B**—The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of property damage liability stated in the declarations as applicable to "each **occurrence**".
Subject to the above provision respecting "each **occurrence**", the total liability of the company for all damages because of all **property damage** to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the declarations as "aggregate":
  (1) all **property damage** arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including **property damage** for which liability is assumed under any **incidental contract** relating to such premises or operations, but excluding **property damage** included in subparagraph (2) below;
  (2) all **property damage** arising out of and occurring in the course of operations performed for the **named insured** by independent contractors and general supervision thereof by the **named insured**, including any such **property damage** for which liability is assumed under any **incidental contract** relating to such operations, but this subparagraph (2) does not include **property damage** arising out of maintenance or repairs at premises owned by or rented to the **named insured** or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;
  (3) all **property damage** included within the **products hazard** and all **property damage** included within the **completed operations hazard**.
Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the **named insured**.

**Coverages A and B**—For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.

## IV. POLICY TERRITORY

This insurance applies only to **bodily injury or property damage** which occurs within the **policy territory**.

[AUTHENTIC]

PSF 000299

19
EXHIBIT 1

**COVERAGE PART**      L 9259a (Ed. 1-73)

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

For attachment to Policy No. **GA 81118**, to complete said policy.

**ADDITIONAL DECLARATIONS**

Location of all premises owned by, rented to or controlled by the named insured (ENTER "SAME" IF SAME LOCATION AS ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS)
**SAME**

Interest of named insured in such premises (CHECK BELOW)
[X] Owner  [ ] General Lessee  [ ] Tenant  [ ] Other _____

Part occupied by named insured (ENTER BELOW)

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

### SCHEDULE

**General Liability Hazards**

| Description of Hazards | Code No. | Premium Bases | Rates B.I. | Rates P.D. | Advance Premiums Bodily Injury | Advance Premiums Property Damage |
|---|---|---|---|---|---|---|
| **Premises - Operations** | | | | | | |
| CHEMICAL STORAGE & DISTRIBUTION R/A GASOLINE DISTRIBUTING | 50851 | R) $900,000 | 3.75 | INCL | 2,000 | INCL |
| CHLORINE TANKS (6) RENTED TO OTHERS R/A EQUIPMENT RENTED TO OTHERS | 73908 | R) $100,000 | INCL | INCL | INCL | INCL |
| CHEMICAL DEALERS R/A GASOLINE DEALERS WHOLESALE | 50851-5X | C) $25,000 | INCL | INCL | INCL | INCL |
| | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Receipts (e) Units (f) Admissions | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions | | | |
| **Escalators (Number at Premises)** | | Number Insured | Per Landing | | | |
| **Independent Contractors** | | Cost | Per $100 of Cost | | | |
| **Completed Operations** INCLUDED | | (a) Receipts INCL | (a) Per $1,000 of Receipts INCL | INCL | INCL | INCL |
| **Products** INCLUDED | | (b) Sales INCL | (b) Per $1,000 of Sales INCL | INCL | INCL | INCL |
| | | | Total Advance B.I. and P.D. Premiums | | $ 2,000 | $ INCL |
| | | | MINIMUM & DEPOSIT | | | |

PSF 000300

20
EXHIBIT 1

## ENDORSEMENT

| DATE OF ISSUE | 7/6/82 | | END. NO. | 1 |

### NAMED INSURED

MARKEN ENTERPRISES

OLYMPIC CHEMICAL COMPANY

L.A. TERMINALS, INC.

HOL CHEM INC.

HOLLAND CHEMICAL INTERNATIONAL

H.C.I. CHEMICALS (U.S.A.), INC.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

| Policy Number | Insured | Effective |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

Producer

TRANSCO INSURANCE SERVICES
UNDERWRITING MANAGERS

Countersignature of Authorized Representative

PSF 000301

# ENDORSEMENT

| DATE OF ISSUE | 7/5/82 | | END. NO. | 2 |

### CLAIMS REPORTING

IN THE EVENT OF ANY OCCURRENCE THAT MAY RESULT IN A CLAIM AGAINST THIS POLICY, THE INSURED SHOULD IMMEDIATELY REPORT ANY SUCH OCCURRENCE TO COMTECH CLAIMS MANAGEMENT SERVICE, P.O. BOX 678, SOLVANG, CALIFORNIA 93463, TELEPHONE (805) 688-1100, TELEX 65-8438.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| CA 9111C | HARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

PRODUCER

**Transco Insurance Services**
UNDERWRITING MANAGERS

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

MEMORANDUM OF REINSURANCE

TRE 009 8/80

# ENDORSEMENT

| DATE OF ISSUE | 7/6/82 | | END. NO. | 3 |
|---|---|---|---|---|

## SINGLE LIMIT OF LIABILITY ENDORSEMENT

LIMIT OF LIABILITY: $ 500,000

THE LIMIT OF LIABILITY SHOWN ABOVE SHALL APPLY TO THE COVERAGE PARTS LISTED BELOW, AND SHALL APPLY IN LIEU OF THE LIMIT OF LIABILITY OTHERWISE SET FORTH THEREON OR ON SUCH PART OF THE DECLARATIONS HAVING REFERENCE THERETO, AND SHALL APPLY TO "EACH PERSON," "EACH OCCURRENCE," OR "AGGREGATE" IN THE SAME MANNER AS SET FORTH IN THE POLICY. THE LIMIT OF LIABILITY SHALL BE THE COMPANY'S COMBINED TOTAL LIMIT OF LIABILITY FOR ALL COVERAGES LISTED BELOW WITH RESPECT TO ANY ONE OCCURRENCE AND SHALL ALSO BE THE COMPANY'S COMBINED TOTAL AGGREGATE LIMIT OF LIABILITY FOR THOSE COVERAGES FOR WHICH AN "AGGREGATE" LIMIT OF LIABILITY IS SPECIFIED IN THE POLICY.

IT IS FURTHER AGREED THAT THE LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES SHALL FIRST BE THE RESPECTIVE AMOUNTS OF BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE SPECIFIED IN THE MOTOR VEHICLE FINANCIAL RESPONSIBILITY LAW OF THE STATE IN WHICH THE AUTOMOBILE IS PRINCIPALLY GARAGED, AND SUCH AMOUNTS SHALL THEN BE SUPPLEMENTED BY ANY AMOUNT REMAINING WITHIN THE SINGLE LIMIT OF LIABILITY STATED ABOVE, WHICH LIMIT IS THE TOTAL LIMIT OF THE COMPANY'S LIABILITY FOR ALL DAMAGES.

### APPLICABLE COVERAGE PARTS

- [X] COMPREHENSIVE GENERAL LIABILITY
- [ ] OWNERS', LANDLORDS' AND TENANTS' LIABILITY
- [ ] MANUFACTURERS' AND CONTRACTORS' LIABILITY
- [ ] CONTRACTUAL LIABILITY
- [X] COMPLETED OPERATIONS AND PRODUCTS LIABILITY
- [ ] PERSONAL INJURY LIABILITY
- [ ] COMPREHENSIVE AUTOMOBILE LIABILITY
- [ ] GARAGE LIABILITY (COVERAGES G AND H ONLY)
- [X] (OTHER – AS SPECIFIED) BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

Transco Insurance Services
UNDERWRITING MANAGERS

PRODUCER

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

PSF 000303

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

LIABILITY  GL 04 04 (Ed. 07 76)  L 9001
G 222  (Ed. 7-76)

## BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following designated insurance:
**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

This endorsement, effective 4/1/82 (12:01 A. M., standard time), forms a part of policy No. GA 81118

issued to MARKEN ENTERPRISES, INC.

by

............................................................
Authorized Representative

### SCHEDULE

**Personal Injury and Advertising Injury Liability**
Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein.
Limit of Liability $ 500,000 Aggregate

**Limit of Liability—Premises Medical Payments Coverage:**
$1,000 each Person unless otherwise indicated herein $_____ each person.

**Limit of Liability—Fire Legal Liability Coverage:**
$50,000 per occurrence unless otherwise indicated herein: $_____ per occurrence.

| Advance Premium | Premium Basis |
|---|---|
| $ | _____% OF THE TOTAL COMPREHENSIVE GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE PREMIUM AS OTHERWISE DETERMINED |
| $ INCL | MINIMUM PREMIUM |
| $ | Additional Premium |

### I. CONTRACTUAL LIABILITY COVERAGE

(A) The definition of incidental contract is extended to include any contract or agreement relating to the conduct of the named insured's business.

(B) The insurance afforded with respect to liability assumed under an incidental contract is subject to the following additional exclusions:
(1) to bodily injury or property damage for which the insured has assumed liability under any incidental contract, if such injury or damage occurred prior to the execution of the incidental contract;
(2) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of the rendering or failure to render professional services by such insured, including
(a) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and
(b) supervisory, inspection or engineering services;
(3) if the indemnitee of the insured is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of
(a) the preparation or approval or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or
(b) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;
(4) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;
(5) to bodily injury or property damage arising out of operations, within 50 feet of any railroad property, affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; but this exclusion does not apply to sidetrack agreements.

(C) The following exclusions applicable to Coverages A (Bodily Injury) and B (Property Damage) do not apply to this Contractual Liability Coverage: (b), (c) (2), (d) and (e).

(D) The following additional condition applies:
**Arbitration**
The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

### II. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY COVERAGE

(A) The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of personal injury or advertising injury to which this insurance applies, sustained by any person or organization and arising out of the conduct of the named insured's business, within the policy territory, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such injury, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

(B) This insurance does not apply:
(1) to liability assumed by the insured under any contract or agreement;
(2) to personal injury or advertising injury arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of the insured;
(3) to personal injury or advertising injury arising out of a publication or utterance of a libel or slander, or a publication or utterance in violation of an individual's right of privacy, if the first injurious publication or utterance of the same or similar material by or on behalf of the named insured was made prior to the effective date of this insurance;
(4) to personal injury or advertising injury arising out of libel or slander or the publication or utterance of defamatory or disparaging material concerning any person or organization or goods, products or services, or in violation of an individual's right of privacy, made by or at the direction of the insured with knowledge of the falsity thereof;
(5) to personal injury or advertising injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in the declarations of the policy as a named insured;

(6) to advertising injury arising out of
(a) failure of performance of contract, but this exclusion does not apply to the unauthorized appropriation of ideas based upon alleged breach of implied contract, or
(b) infringement of trademark, service mark or trade name, other than titles or slogans, by use thereof on or in connection with goods, products or services sold, offered for sale or advertised, or
(c) incorrect description or mistake in advertised price of goods, products or services sold, offered for sale or advertised;
(7) with respect to advertising injury
(a) to any insured in the business of advertising, broadcasting, publishing or telecasting, or
(b) to any injury arising out of any act committed by the insured with actual malice.

(C) **Limits of Liability**
Regardless of the number of (1) insureds hereunder, (2) persons or organizations who sustain injury or damage, or (3) claims made or suits brought on account of personal injury or advertising injury the total limit of the company's liability under this coverage for all damages shall not exceed the limit of liability stated in this endorsement as "aggregate".

(D) **Additional Definitions**
"Advertising Injury" means injury arising out of an offense committed during the policy period occurring in the course of the named insured's advertising activities, if such injury arises out of libel, slander, defamation, violation of right of privacy, piracy, unfair competition, or infringement of copyright, title or slogan.
"Personal Injury" means injury arising out of one or more of the following offenses committed during the policy period:
1. false arrest, detention, imprisonment, or malicious prosecution;
2. wrongful entry or eviction or other invasion of the right of private occupancy;
3. a publication or utterance
(a) of a libel or slander or other defamatory or disparaging material, or
(b) in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting, publishing or telecasting activities conducted by or on behalf of the named insured shall not be deemed personal injury.

### III. PREMISES MEDICAL PAYMENTS COVERAGE

The company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under the policy.

This insurance does not apply:
(A) to bodily injury
(1) arising out of the ownership, maintenance, operation, use, loading or unloading of
(a) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(b) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;
(2) arising out of
(a) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity, or
(b) the operation or use of any snowmobile or trailer designed for use therewith;
(3) arising out of the ownership, maintenance, operation, use, loading or unloading of
(a) any watercraft owned or operated by or rented or loaned to any insured, or
(b) any other watercraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to watercraft while ashore on the insured premises;
(4) arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to the named insured;

(over)

PSF 000304

(B) to bodily injury
 (1) included within the completed operations hazard or products hazard;
 (2) arising out of operations performed for the named insured by independent contractors other than
  (a) maintenance and repair of the insured premises or
  (b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;
 (3) resulting from the selling, serving or giving of any alcoholic beverage
  (a) in violation of any statute, ordinance or regulation,
  (b) to a minor,
  (c) to a person under the influence of alcohol, or
  (d) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages, or if not so engaged, is an owner or lessor of premises used for such purposes, but only part (a) of this exclusion (B) (3) applies when the named insured is such an owner or lessor;
 (4) due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(C) to bodily injury
 (1) to the named insured, any partner therein, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;
 (2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;
 (3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;
 (4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;
 (5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest whether on a formal or informal basis;
 (6) if the named insured is a club, to any member of the named insured;
 (7) if the named insured is a hotel, motel, or tourist court, to any guest of the named insured;

(D) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

**LIMITS OF LIABILITY**
The limit of liability for Premises Medical Payments Coverage is $1,000 each person unless otherwise stated in the schedule of this endorsement. The limit of liability applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident; but subject to the above provision respecting "each person", the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of bodily injury liability stated in the policy as applicable to "each occurrence".
When more than one medical payments coverage afforded by the policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

**ADDITIONAL DEFINITIONS**
When used herein:
"insured premises" means all premises owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land;
"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services.

**ADDITIONAL CONDITION**
Medical Reports, Proof and Payment of Claim
As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

**IV. HOST LIQUOR LAW LIABILITY COVERAGE**
Exclusion (h) does not apply with respect to liability of the insured or his indemnitee arising out of the giving or serving of alcoholic beverages at functions incidental to the named insured's business, provided the named insured is not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

**V. FIRE LEGAL LIABILITY COVERAGE—REAL PROPERTY**
With respect to property damage to structures or portions thereof rented to or leased to the named insured, including fixtures permanently attached thereto, if such property damage arises out of fire;

(A) All of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:
 This insurance does not apply to liability assumed by the insured under any contract or agreement.

(B) The limit of property damage liability as respects this Fire Legal Liability Coverage—Real Property is $50,000 each occurrence unless otherwise stated in the Schedule of this endorsement.

(C) The Fire Legal Liability Coverage—Real Property shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof), available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

**VI. BROAD FORM PROPERTY DAMAGE LIABILITY COVERAGE (Including Completed Operations)**
The insurance for property damage liability applies, subject to the following additional provisions:
(A.) Exclusions (k) and (o) are replaced by the following:
 (1) to property owned or occupied by or rented to the insured, or, except with respect to the use of elevators, to property held by the insured for sale or entrusted to the insured for storage or safekeeping;
 (2) except with respect to liability under a written sidetrack agreement or the use of elevators
  (a) to property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured,
  (b) to tools or equipment while being used by the insured in performing his operations,
  (c) to property in the custody of the insured which is to be installed, erected or used in construction by the insured,
  (d) to that particular part of any property, not on premises owned by or rented to the insured,
   (i) upon which operations are being performed by or on behalf of the insured at the time of the property damage arising out of such operations, or
   (ii) out of which any property damage arises, or
   (iii) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the insured;
 (3) with respect to the completed operations hazard and with respect to any classification stated in the policy or in the company's manual as "including completed operations", to property damage to work performed by the named insured arising out of such work or any portion thereof, or out of such materials, parts or equipment furnished in connection therewith.

(B.) The Broad Form Property Damage Liability Coverage shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

**VII. INCIDENTAL MEDICAL MALPRACTICE LIABILITY COVERAGE**
The definition of bodily injury is amended to include Incidental Medical Malpractice Injury.
Incidental Medical Malpractice Injury means injury arising out of the rendering of or failure to render, during the policy period, the following services:
(A) medical, surgical, dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or
(B) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.
This coverage does not apply to:
 (1) expenses incurred by the insured for first-aid to others at the time of an accident and the "Supplementary Payments" provision and the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition are amended accordingly;
 (2) any insured engaged in the business or occupation of providing any of the services described under VII (A) and (B) above;
 (3) injury caused by any indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described under VII (A) and (B) above.

**VIII. NON-OWNED WATERCRAFT LIABILITY COVERAGE (under 26 feet in length)**
Exclusion (e) does not apply to any watercraft under 26 feet in length provided such watercraft is neither owned by the named insured nor being used to carry persons or property for a charge.
Where the insured is, irrespective of this coverage, covered or protected against any loss or claim which would otherwise have been paid by the company under this endorsement, there shall be no contribution or participation by this company on the basis of excess, contributing, deficiency, concurrent, or double insurance or otherwise.

**IX. LIMITED WORLDWIDE LIABILITY COVERAGE**
The definition of policy territory is amended to include the following:
 4. Anywhere in the world with respect to bodily injury, property damage, personal injury or advertising injury arising out of the activities of any insured permanently domiciled in the United States of America though temporarily outside the United States of America, its territories and possessions or Canada, provided the original suit for damages because of any such injury or damage is brought within the United States of America, its territories or possessions or Canada.
Such insurance as is afforded by paragraph 4. above shall not apply:
 (a) to bodily injury or property damage included within the completed operations hazard or the products hazard;
 (b) to premises medical payments coverage.

**X. ADDITIONAL PERSONS INSURED**
As respects bodily injury, property damage and advertising injury and personal injury coverages, under the provision "Persons Insured", the following are added as insureds:
 (1) Spouse—Partnership—If the named insured is a partnership, the spouse of a partner but only with respect to the conduct of the business of the named insured.
 (2) Employee—Any employee of the named insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:
  (a) to bodily injury or personal injury to another employee of the named insured arising out of or in the course of his employment;
  (b) to personal injury or advertising injury to the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof, or the spouse of any of the foregoing;
  (c) to property damage to property owned, occupied or used by, rented to, in the care, custody or control of or over which physical control is being exercised for any purpose by another employee of the named insured, or by the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof or by the spouse of any of the foregoing.

**XI. EXTENDED BODILY INJURY COVERAGE**
The definition of occurrence includes any intentional act by or at the direction of the insured which results in bodily injury, if such injury arises solely from the use of reasonable force for the purpose of protecting persons or property.

**XII. AUTOMATIC COVERAGE—NEWLY ACQUIRED ORGANIZATIONS (90 DAYS)**
The word insured shall include as named insured any organization which is acquired or formed by the named insured and over which the named insured maintains ownership or majority interest, other than a joint venture, provided this insurance does not apply to bodily injury, property damage, personal injury and advertising injury with respect to which such new organization under this policy is also an insured under any other similar liability or indemnity policy or would be an insured under any such policy but for exhaustion of its limits of liability. The insurance afforded hereby shall terminate 90 days from the date any such organization is acquired or formed by the named insured.

AUTHENTIC

PSF 000305

# ENDORSEMENT

| DATE OF ISSUE | 7/6/82 | END. NO. | 4 |

PAGE 1 OF 4

## DEDUCTIBLE LIABILITY ENDORSEMENT

### SCHEDULE

DEDUCTIBLE AMOUNT                    $ 1,000    EACH CLAIM/OCCURRENCE

I. DEDUCTIBLE AMOUNT

   IT IS AGREED THAT:

   A. THE COMPANY'S OBLIGATION TO PAY DAMAGES ON BEHALF OF THE INSURED APPLIES ONLY TO THAT AMOUNT OF THE LIMIT OF LIABILITY THAT REMAINS AFTER THE DEDUCTION THEREFROM OF THE DEDUCTIBLE AMOUNT STATED IN THE SCHEDULE OF THIS ENDORSEMENT.

   B. THE DEDUCTIBLE AMOUNT APPLIES TO ALL DAMAGES FOR ALL COVERAGE COMBINED AS THE RESULT OF ANY ONE OCCURRENCE.

II. LIMITATION OF DEFENSE, INVESTIGATION AND SETTLEMENT OBLIGATIONS

   THE TERMS OF THE POLICY WITH RESPECT TO THE COMPANY'S OBLIGATIONS IN THE DEFENSE OF SUITS AND INVESTIGATION AND SETTLEMENT OF CLAIMS ARE AMENDED AS FOLLOWS:

   A. WHEN THE DOLLARS RESERVED FOR ALL CLAIMS OR SUITS AS A RESULT OF ANY ONE OCCURRENCE DOES NOT EXCEED THE DEDUCTIBLE AMOUNT, THE COMPANY SHALL HAVE THE RIGHT BUT NOT THE DUTY TO MAKE SUCH INVESTIGATION THEREOF AS IT DEEMS EXPEDIENT BUT THE COMPANY SHALL HAVE NO OBLIGATION TO DEFEND OR SETTLE SUCH CLAIMS OR SUITS.

   B. WHEN THE TOTAL AMOUNT OF DOLLARS RESERVED FOR ALL CLAIMS OR SUITS AS A RESULT OF ANY ONE OCCURRENCE IS IN EXCESS OF THE DEDUCTIBLE AMOUNT, THE

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

PRODUCER

Transco Insurance Services
UNDERWRITING MANAGERS

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

PSF 000306

# ENDORSEMENT

| DATE OF ISSUE | 7/6/82 |

END. NO. 4

PAGE 2 OF 4

COMPANY SHALL HAVE THE RIGHT BUT NOT THE DUTY TO:

1. DEFEND SUCH SUIT AGAINST THE INSURED, AND

2. MAKE SUCH INVESTIGATION AND SETTLEMENT AS IT DEEMS EXPEDIENT.

C. NOTHING CONTAINED HEREIN SHALL OBLIGATE THE COMPANY TO PAY ANY CLAIM OR JUDGMENT OR TO DEFEND ANY SUIT AFTER THE APPLICABLE LIMIT OF THE COMPANY'S LIABILITY HAS BEEN EXHAUSTED BY PAYMENTS OF JUDGMENTS OR SETTLEMENTS.

III. REIMBURSEMENT

IN THE EVENT THE COMPANY PAYS ALL OR ANY PART OF THE DEDUCTIBLE AMOUNT IN ORDER TO EFFECT SETTLEMENT OF ANY CLAIM OR SUIT, THE NAMED INSURED SHALL PROMPTLY, UPON NOTIFICATION OF THE ACTION TAKEN, REIMBURSE THE COMPANY FOR SUCH PART OF THE DEDUCTIBLE AMOUNT AS HAS BEEN PAID BY THE COMPANY INCLUDING THAT PORTION OF THE CLAIM EXPENSE AS DESCRIBED IN PARAGRAPH IV BELOW.

IV. ALLOCATION OF COSTS OF DEFENSE, INVESTIGATION AND SETTLEMENT

A. WHEN THE TOTAL AMOUNT OF ALL DAMAGES PAID FOR ALL CLAIMS OR SUITS AS A RESULT OF ANY ONE OCCURRENCE DOES NOT EXCEED THE DEDUCTIBLE AMOUNT, THE COMPANY SHALL NOT BE OBLIGATED TO PAY ANY PART OF THE CLAIM EXPENSE INCURRED BY THE INSURED IN SETTLEMENT THEREOF.

B. WHEN THE TOTAL AMOUNT OF DAMAGES PAID FOR ALL CLAIMS OR SUITS AS A RESULT OF ANY ONE OCCURRENCE IS IN EXCESS OF THE DEDUCTIBLE AMOUNT, CLAIM EXPENSE INCURRED SHALL BE APPORTIONED BETWEEN THE NAMED INSURED AND THE COMPANY IN THE RATIO OF THEIR RESPECTIVE OBLIGATION TO PAY DAMAGES.

C. ANY CLAIM EXPENSE PAID BY THE COMPANY AS PROVIDED FOR IN PARAGRAPH "B" ABOVE SHALL BE IN ADDITION TO ANY OBLIGATION OF THE COMPANY TO PAY DAMAGES.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

PRODUCER

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

Transco Insurance Services
UNDERWRITING MANAGERS

PSF 000307

# ENDORSEMENT

| DATE OF ISSUE | 7/6/82 |
|---|---|

| END. NO. | 4 |
|---|---|

PAGE 3 OF 4

**V. SUPPLEMENTARY PAYMENTS**

THE SUPPLEMENTARY PAYMENTS PROVISION OF THE POLICY IS HEREBY DELETED AND THUS IS VOID AND OF NO EFFECT.

**VI. INSURED'S DUTIES IN THE EVENT OF AN OCCURRENCE, CLAIM OR SUIT**

A. IN THE EVENT OF AN OCCURRENCE INVOLVING DAMAGES WHICH CAN BE REASONABLY EXPECTED TO EXCEED THE DEDUCTIBLE AMOUNT, WRITTEN NOTICE SHALL BE GIVEN BY OR FOR THE INSURED TO THE COMPANY AS SOON AS PRACTICABLE.

IF CLAIM IS MADE OR SUIT IS BROUGHT AGAINST THE INSURED, THE INSURED SHALL IMMEDIATELY FORWARD TO THE COMPANY EVERY DEMAND, SUMMONS OR OTHER PROCESS RECEIVED BY SUCH INSURED OR SUCH INSURED'S REPRESENTATIVE.

IT IS AGREED THAT THE NAMED INSURED WILL NOT BE CHARGED WITH KNOWLEDGE OF THE OCCURRENCE, CLAIM OR SUIT UNTIL SUCH KNOWLEDGE IS RECEIVED BY THE INSURANCE DEPARTMENT OF THE NAMED INSURED. IT IS FURTHER AGREED THAT NOTICE TO NATIONAL LOSS CONTROL SERVICE CORPORATION SHALL BE DEEMED NOTICE TO THE COMPANY.

B. WITH RESPECT TO ANY CLAIM OR SUIT INVOLVING DAMAGES IN EXCESS OF THE DEDUCTIBLE AMOUNT, THE INSURED SHALL COOPERATE WITH THE COMPANY AND, UPON THE COMPANY'S REQUEST, ASSIST IN MAKING SETTLEMENTS, IN THE CONDUCT OF SUITS AND IN ENFORCING ANY RIGHT OF RECOVERY AGAINST ANY PERSON OR ORGANIZATION WHO MAY BE LIABLE TO THE INSURED; AND THE INSURED SHALL ATTEND HEARINGS AND TRIALS AND ASSIST IN SECURING AND GIVING EVIDENCE AND OBTAINING THE ATTENDANCE OF WITNESSES.

C. THE INSURED OR IT'S REPRESENTATIVES SHALL NOT VOLUNTARILY PAY ANY AMOUNTS IN EXCESS OF THE DEDUCTIBLE AMOUNT WITHOUT THE PRIOR WRITTEN APPROVAL OF THE COMPANY.

**VII. CLAIM EXPENSE**

WHEN USED IN THIS ENDORSEMENT, THE WORDS "CLAIM EXPENSE" MEAN:

A. ALL COSTS TAXED AGAINST THE INSURED IN ANY SUIT, INCLUDING INTEREST ON

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

| UNITED NATIONAL INSURANCE COMPANY<br>PHILADELPHIA, PENNSYLVANIA | PRODUCER |
|---|---|
| Transco Insurance Services<br>UNDERWRITING MANAGERS | COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE |

PSF 000308

# ENDORSEMENT

| DATE OF ISSUE | 7/6/82 | END. NO. | 4 |

PAGE 4 OF 4

THE AMOUNT OF ANY JUDGMENT WHICH ACCRUES AFTER ENTRY OF THE JUDGMENT AND BEFORE THERE HAS BEEN PAID OR TENDERED IN COURT THAT PART OF THE JUDGMENT WHICH DOES NOT EXCEED THE LIMITS OF THE COMPANY'S LIABILITY THEREON;

B. PREMIUMS ON APPEAL BONDS REQUIRED IN ANY SUIT AND PREMIUMS ON BONDS TO RELEASE ATTACHMENTS IN ANY SUIT FOR AN AMOUNT NOT IN EXCESS OF THE APPLICABLE LIMIT OF LIABILITY OF THIS POLICY;

C. REASONABLE AND NECESSARY EXPENSES INCURRED BY THE INSURED AND THE COMPANY IN:

1. INVESTIGATING AND EVALUATING CLAIMS, AND

2. THE DEFENSE OF ANY SUITS.

BUT NOT INCLUDING WAGES OR SALARY OF ANY EMPLOYEE OF THE INSURED, NORMAL OPERATING OR OVERHEAD EXPENSES OR PAYMENTS MADE BY THE INSURED UNDER CONTRACT WITH NATIONAL LOSS CONTROL SERVICE CORPORATION.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

Transco Insurance Services
UNDERWRITING MANAGERS

PRODUCER

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

ORIGINAL

PSF 000309

## ENDORSEMENT

| DATE OF ISSUE | 7/6/82 | PREMIUM ENDORSEMENT | END. NO. | 5 |

MINIMUM PREMIUM:

1. THIS POLICY IS SUBJECT TO A MINIMUM PREMIUM FOR THE POLICY TERM OF:

   $ __2,000__ MINIMUM PREMIUM

MINIMUM EARNED PREMIUM:

2. THIS POLICY IS SUBJECT TO A MINIMUM EARNED PREMIUM, REGARDLESS OF POLICY TERM OF:

   $ __1,000__ MINIMUM EARNED PREMIUM

AUDIT/ADJUSTABLE PREMIUM:

3. THE PREMIUM FOR THIS POLICY IS A DEPOSIT PREMIUM (ADVANCE PREMIUM) AND IS SUBJECT TO ANNUAL AUDIT (AS PER CONDITION NUMBER 1 OF THE POLICY JACKET) AND IT IS ADJUSTABLE AS FOLLOWS:

| ADJUSTABLE RATES | PREMIUM BASES | DEPOSIT PREMIUM |
|---|---|---|
| [ ] $_____ PER $ 1,000. OF SALES | $_____ | $_____ |
| [ ] $ 3.75 PER $ 1,000 OF RECEIPTS | $ 1,000,000 | $ 2,000 |
| [ ] $_____ PER $ 100. OF PAYROLL | $_____ | $_____ |
| [ ] $_____ PER $_____ _____ | $_____ | $_____ |

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

Transco Insurance Services
UNDERWRITING MANAGERS

PRODUCER

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

PSF 000310

DATE OF ISSUE: 7/6/82 END. NO. 6

Attached to and forming part of Policy No...GA 81118.......issued to: ..MARKEN ENTERPRISES, INC..............................................

issued by UNITED NATIONAL INSURANCE COMPANY of Philadelphia, Pennsylvania.

Date of Endorsement......4/1/82.....................

### SERVICE OF SUIT CLAUSE

The United National Insurance Company hereby appoints the highest State official in charge of insurance affairs (Commissioner of Insurance, Director of Insurance, Insurance Commissioner, Executive Secretary, Superintendent of Insurance, or such other official title as designated by the State) of the State of WASHINGTON and his successor or successors in office as his and their duly authorized deputies, as the true and lawful attorney of United National Insurance Company in and for the aforesaid State, upon whom all lawful process may be served in any action, suit or proceeding instituted in the said State by or on behalf of any insured or beneficiary against the United National Insurance Company, arising out of the insurance policy to which this provision is attached, provided a copy of any process, suit, complaint or summons is sent by certified or registered mail to United National Insurance Company, 1737 Chestnut St., Phila., Pa. 19103

_____
Authorized Representative

Form No. SS-2

PSF 000311

# ENDORSEMENT

| DATE OF ISSUE | 7/20/82 | | END. NO. | 7 |

IN CONSIDERATION OF THE PREMIUM CHARGED IT IS UNDERSTOOD AND AGREED THAT AN OFFICE IS AN ADDED LOCATION TO THIS POLICY. THE OFFICE IS LOCATED AT 1111 3RD AVENUE, SUITE 1620, SEATTLE, WASHINGTON.

IT IS FURTHER AGREED THAT ON FORM L 9259A - COMPREHENSIVE GENERAL LIABILITY INSURANCE, INDEPENDENT CONTRACTORS IS ALSO INCLUDED.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.**

| POLICY NUMBER | INSURED | EFFECTIVE |
|---|---|---|
| GA 81118 | MARKEN ENTERPRISES, INC. | 4/1/82 |

UNITED NATIONAL INSURANCE COMPANY
PHILADELPHIA, PENNSYLVANIA

Transco Insurance Services
UNDERWRITING MANAGERS

PRODUCER

COUNTERSIGNATURE OF AUTHORIZED REPRESENTATIVE

PSF 000312

die, such insurance as is afforded by this policy shall apply to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy.** If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

**11. Cancellation.** This policy may be cancelled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

**12. Declarations.** By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

IN WITNESS WHEREOF, the company has caused this policy to be signed by its president and secretary but this policy shall not be valid unless completed by the attachment hereto of a declarations page designated as Part Two and Coverage Part(s) and countersigned on the aforesaid declarations page by a duly authorized representative of the company.

*Norman K. Ayer* Secretary          *Raymond L. Freudberg* President

---

This endorsement modifies the provisions of the policy relating to **ALL AUTOMOBILE LIABILITY, GENERAL LIABILITY AND MEDICAL PAYMENTS INSURANCE OTHER THAN COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE.**

---

### *Nuclear Energy Liability Exclusion Endorsement--Broad Form*

It is agreed that:

I. The policy does not apply:

A. Under any Liability Coverage, to **bodily injury** or **property damage**

(1) with respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

C. Under any Liability Coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if

(1) the **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom;

(2) the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured**; or

(3) the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

II. As used in this endorsement:

"**hazardous properties**" include radioactive, toxic or explosive properties;

"**nuclear material**" means **source material**, **special nuclear material** or **byproduct material**;

"**source material**", "**special nuclear material**", and "**byproduct material**" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"**spent fuel**" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a nuclear reactor;

"**waste**" means any waste material

(a) containing **by-product material** other than the tailings or wastes produced by the extraction or concentration or uranium or thorium from any ore processed primarily for its **source material** content, and

(b) resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**;

"**nuclear facility**" means

(a) any **nuclear reactor**,

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel**, or (3) handling, processing or packaging **waste**,

(c) any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"**nuclear reactor**" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"**property damage**" includes all forms of radioactive contamination of property.

**NEW YORK**—It is agreed that the provisions of the "Nuclear Energy Liability Exclusion Endorsement— Broad Form", printed above, do not apply in New York with respect to any Automobile Bodily Injury Liability and Automobile Property Damage Liability coverage afforded by this policy.

PSF 000313

Insert Declarations Page (Part Two) and Coverage Part(s) here so that top edge butts against fold of Contract, and permits policy number to appear through window. ATTACH ENDORSEMENTS, IF ANY, TOP BACK OF DECLARATIONS.

PSF 000314

integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1. of the declarations of this policy;

"named insured's products" means goods or products manufactured, sold, handled or distributed by the named insured or by others trading under his name, including any container thereof (other than a vehicle), but "named insured's products" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in bodily injury or property damage neither expected nor intended from the standpoint of the insured;

"policy territory" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the bodily injury or property damage does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of bodily injury or property damage arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

"products hazard" includes bodily injury and property damage arising out of the named insured's products or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs away from premises owned by or rented to the named insured and after physical possession of such products has been relinquished to others;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

"underground property damage hazard" includes underground property damage as defined herein and property damage to any other property at any time resulting therefrom. "Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard, or (3) for which liability is assumed by the insured under an incidental contract.

## Conditions

**1. Premium.** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**2. Inspection and Audit.** The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**3. Financial Responsibility Laws.** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

**4. Insured's Duties in the Event of Occurrence, Claim or Suit.**

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company.** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance.** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) Contribution by Equal Shares. If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) Contribution by Limits. If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation.** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**8. Changes.** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy, signed by a duly authorized representative of the company.

**9. Assignment.** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall

(2)

# UNITED NATIONAL INSURANCE COMPANY
### PHILADELPHIA, PENNSYLVANIA
(A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the named insured as follows:

## Supplementary Payments

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the insured in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the insured because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the insured for first aid to others at the time of an accident, for bodily injury to which this policy applies;

(d) reasonable expenses incurred by the insured at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

## Definitions

When used in this policy (including endorsements forming a part hereof):

"automobile" means a land motor vehicle, trailer or semitrailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include mobile equipment;

"bodily injury" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"collapse hazard" includes "structural property damage" as defined herein and property damage to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or re-building of any structural support thereof. The collapse hazard does not include property damage (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the completed operations hazard or the underground property damage hazard, or (3) for which liability is assumed by the insured under an incidental contract;

"completed operations hazard" includes bodily injury and property damage arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the bodily injury or property damage occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The completed operations hazard does not include bodily injury or property damage arising out of

(a) operations in connection with the transportation of property, unless the bodily injury or property damage arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

"elevator" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an automobile servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"explosion hazard" includes property damage arising out of blasting or explosion. The explosion hazard does not include property damage (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the named insured by independent contractors, or (3) included within the completed operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an incidental contract;

"incidental contract" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"insured" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"mobile equipment" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an

any nuclear
of America,
applies only
ty thereat.

"nuclear reactor" means any apparatus designed t fission in a self-supporting chain reaction or to co fissionable material;

"property damage" includes all forms of radioactive c

Liability Exclusion Endorsement— Broad Form", printed above, do not apply nage Liability coverage afforded by this policy.

GENERAL-AUTOMOBILE
LIABILITY
POLICY
PROVISIONS
PART ONE

PSF 000315

35
EXHIBIT 1