1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. TERMINALS, INC. and SOCO WEST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATIONAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 8:19-cv-00286-ODW-SS <br><br> **[ORDER GRANTING JOINT STIPULATED REQUEST TO ALLOW MOTION FOR PROTECTIVE ORDER AND POTENTIAL DEPOSITION REGARDING DAVID ELLIOTT PAST DISCOVERY CUTOFF, AND TO CONTINUE EXPERT DISCOVERY DEADLINES** <br><br> HON. OTIS D. WRIGHT II |

On November 18, 2021, Plaintiffs L.A. Terminals, Inc., and Soco West, Inc., and Defendant United National Insurance Company filed a stipulation requesting that the Court make an exception to the November 19, 2021, fact discovery cutoff for the sole and expressly limited purpose of: (1) permitting United National to file a motion for protective order regarding Plaintiffs' deposition of David Elliott and, if such motion is denied, permitting Plaintiffs to take the deposition of Mr. Elliott subject to any parameters or restrictions imposed by Magistrate Judge Castillo; and (2) continue the expert deadlines contained in the Court's Order dated July 12, 2021 (the "July Order," Dkt. 72, which modified the dates set forth in the Order Granting Joint Stipulated Request to Continue Case Management Deadlines, Dkt. 65).

Based on the foregoing and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

(1) United National may file with Judge Castillo a motion for protective order regarding Plaintiffs' deposition of David Elliott and, if such motion is denied, Plaintiffs may take the deposition of Mr. Elliott, subject to any conditions imposed by Judge Castillo, as an exception to the fact discovery cutoff on November 19, 2021;

(2) The expert deadlines contained in the Court's Order dated July 12, 2021 (the "July Order," Dkt. 72, which modified the dates set forth in the Order Granting Joint Stipulated Request to Continue Case Management Deadlines, Dkt. 65) shall be modified such that the expert disclosure deadline is continued to December 10, 2021 and the expert discovery cutoff is continued to February 4, 2022; and

(3) The November 19, 2021, fact discovery cutoff shall remain in place for all other purposes except for the reasons stated in the Court's order of November 12, 2021, Dkt. No. 92.

November 19, 2021