O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| L.A. TERMINALS, INC. and SOCO WEST, INC.,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED NATIONAL INSURANCE COMPANY,<br><br>   Defendant. | Case No. 8:19-cv-00286-ODW (PVCx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting in part Plaintiffs L.A. Terminals, Inc. and SOCO West, Inc.'s motion for summary judgment, (ECF No. 129), and the Court's Order compelling Defendant United National Insurance Company to pay Plaintiffs' defense costs in full, (ECF No. 177), it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

 1. Judgment is entered for Plaintiffs on Plaintiffs' first and second causes of action for declaratory relief.  Specifically, the Court declares that:

  a. Defendant owed a duty to defend Plaintiffs in the underlying actions as of May 4, 2018;

  b. Plaintiffs are entitled to independent counsel, which Defendant is obligated to fund;

2. Defendant shall immediately pay Plaintiffs' defense costs, in full, as incurred starting from May 4, 2018, to the present day;

3. Defendant shall continue to pay Plaintiffs their defense costs as those costs are incurred on a going-forward basis; and

4. The Court's order compelling payment in full severs and moots Plaintiffs' third cause of action for breach of the duty to defend.

The Court **VACATES** all remaining dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

December 29, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**