NOTE: CHANGES MADE BY THE COURT

O

# United States District Court
# Central District of California

| | |
|---|---|
| L.A. TERMINALS, INC. et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED NATIONAL INSURANCE CO.,<br><br>　　　　　　Defendant. | Case № 8:19-cv-000286-ODW (PVCx)<br><br>**ORDER DENYING PLAINTIFFS' RULE 62.1(a)(3) MOTION FOR INDICATIVE RULING REGARDING PLAINTIFFS' RULE 59(e) MOTION TO AMEND JUDGMENT [202]** |

　　　　The Court, having considered Plaintiffs L.A. Terminals, Inc. and Soco West, Inc.'s ("Plaintiffs") Rule 62.1(a)(3) Motion for Indicative Ruling Regarding Plaintiffs' Rule 59(e) Motion to Amend Judgment ("Motion"), (ECF No. 202), as well as all argument and evidence presented in support of and opposition to the Motion, and the record herein, deems the matter appropriate for decision without oral argument and **VACATES** the July 8, 2024 hearing.  Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.  The Court hereby orders that Plaintiff's Motion is **DENIED**.  (ECF No. 202.)

　　　　**IT IS SO ORDERED.**

July 3, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**