O

# NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

| | |
|---|---|
| L.A. TERMINALS, INC. AND SOCO WEST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED NATIONAL INSURANCE COMPANY, <br><br> Defendant. | No.: 8:19-cv-00286-ODW-PVC <br><br> **ORDER GRANTING UNITED'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR EQUITABLE RECOUPMENT [236]** <br><br> HON. OTIS D. WRIGHT II |

The Court, having considered Defendant United National Insurance Company's Application for Leave to File Documents Under Seal in Support of Motion for Equitable Recoupment, (ECF No. 236), hereby **GRANTS** the Application and **ORDERS** that the following documents be filed under seal:

- Exhibit 5 to the Declaration of André E. Jardini in Support of United's Motion for Equitable Recoupment (filed in redacted form on the docket at ECF No. 234-5);

- Exhibit A to the Declaration of Daniel Katibah in Support of United's Motion for Equitable Recoupment (filed in redacted form on the docket at ECF No. 235-1); and

- Exhibit B to the Declaration of Daniel Katibah in Support of United's Motion for Equitable Recoupment (filed in redacted form on the docket at ECF No. 235-2)

These exhibits contain information appearing in invoices and timekeeping records, or compilations of invoices and timekeeping records, generated by the law firm Rutan & Tucker LLP and by technical consultants and expert witnesses Plaintiffs L.A. Terminals, Inc., and Soco West, Inc., hired in connection with pending litigation in another court.  Plaintiffs produced the invoices to United in this litigation as "Confidential" documents under a protective order, and the parties agree that the invoices, and documents describing their contents, should thus be filed under seal.  The Court already found this information subject to sealing and permitted plaintiffs to file earlier entries in the same series of invoices and records under seal in this lawsuit in 2022.  (ECF No. 139.)  For the same reasons, the Court hereby **GRANTS** United National's application to file (a) Exhibit 5 to the Jardini Declaration and (b) Exhibits A and B to the Katibah Declaration under seal as well.  (ECF No. 236.)

IT IS SO ORDERED.

October 1, 2025

_____
Hon. Otis D. Wright II
United States District Judge