O

# United States District Court
# Central District of California

| | |
|---|---|
| L.A. TERMINALS, INC. et al., | Case № 8:19-cv-00286-ODW (PVCx) |
| Plaintiffs, | |
| v. | **ORDER TO DISBURSE FUNDS** |
| UNITED NATIONAL INSURANCE COMPANY, | |
| Defendant. | |

On September 24, 2025, Defendant United National Insurance Company deposited into the Court's Registry $2,779,464.04, representing Plaintiffs' legal defense costs that have accrued from the date of the Court's summary judgment order through the present (referred to as "Bucket 2" costs), with some interest. Pursuant to the Court's orders granting in part and denying in part United's motion to recoup some of those funds, (Dkt. No. 261), and granting Plaintiffs L.A. Terminals and SOCO West, Inc's motion to hold United in civil contempt and award sanctions, (issued concurrently), the Court now orders that the funds be disbursed as follows:

///

///

///

1         The Clerk of the Court shall promptly disburse the $2,779,464.04 previously deposited by United on September 24, 2025, and currently in the Registry of the Court, to Plaintiff Soco West, Inc., care of Brian Griffith, Treasurer, along with any interest which may have accrued on that amount. Plaintiffs shall contact the Fiscal Department to coordinate disbursement details.

**IT IS SO ORDERED.**

January 7, 2026

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

**cc: FISCAL**